# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL L. HIGGINS,<br><br>        Plaintiff,<br><br>    v.<br><br>J. MEDINA, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:07-cv-00934-LJO-GSA PC<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME, NUNC PRO TUNC TO MARCH 16, 2009<br><br>(Doc. 17) |

Plaintiff Carl L. Higgins ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On January 29, 2009, the Court issued an order requiring Plaintiff to either file an amended complaint or notify the Court of his willingness to proceed only on his cognizable excessive force claims. On March 16, 2009, Plaintiff filed a second amended complaint, and a motion seeking leave to file the second amended complaint beyond time.

Plaintiff's motion for leave to file the second amended complaint is HEREBY GRANTED, nunc pro tunc to March 16, 2009.


IT IS SO ORDERED.

Dated:   **March 18, 2009**                  **/s/ Gary S. Austin**
                                                            UNITED STATES MAGISTRATE JUDGE